**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANCIS ORAN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|   **v.** | : | **CIVIL ACTION NO. 26-CV-1322** |
| | : | |
| **MARSHALL KAUFFMAN,** *et al.*, | : | |
|     **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 15th day of July, 2026, upon consideration of Plaintiff Francis Oran's

*pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 1), Second Amended Complaint (ECF

No. 13), and Motion for Court-Ordered Alternative Service Upon Defendants (ECF No. 14), it is

**ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Second Amended Complaint is **DISMISSED IN PART WITH**

**PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's

accompanying memorandum, as follows:

    a.   All federal law claims are **DISMISSED WITH PREJUDICE** for failure to

        state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

    b.   All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of

        subject matter jurisdiction.

3.      The Motion for Court-Ordered Alternative Service Upon Defendants (ECF No.

14) is **DENIED AS MOOT**.

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*

**JOHN M. GALLAGHER, J.**